IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | | | |
|---|---|---|---|
| **OLUSEGUN MARTINS, ET AL.** | § | | |
| | § | | |
| **V.** | § | NO. | **PE:17-CV-008** |
| | § | | |
| **REEVES COUNTY, ET AL.** | § | | |

## ORDER

The parties have notified the Court they have settled this case pursuant to the Advisory Regarding Settlement Status [Doc. 47] filed October 4, 2018. Accordingly, this case is administratively closed without prejudice to its being reopened to enter an order of dismissal or to enter other orders if the settlement is not consummated. Counsel in this case is ordered to file the papers necessary to dismiss this action on or before THIRTY (30) days from the date of this order.

All pending motions, if any, are therefore DENIED AS MOOT.

It is so **ORDERED**.

SIGNED this 10th day of October, 2018.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE